UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 MAR 31  P 12: 19

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| JUDITH THOMAS<br><br>Plaintiff,<br><br>v.<br><br>MANN BRACKEN, LLP<br><br>MIDLAND FUNDING, LLC<br><br>Defendants. | Case No. 1:09-CV-03440-RDB |

### NOTICE OF DISMISSAL OF MIDLAND FUNDING, LLC

Plaintiff Judith Thomas, by and through her attorney Cory L. Zajdel of Z LAW, LLC, hereby dismisses the above captioned matter with prejudice only with respect to Midland Funding, LLC under FED. R. CIV. P. 41(a)(1) and for support alleges and states as follows:

1. Plaintiff Judith Thomas filed this action against Mann Bracken, LLP and Midland Funding, LLC on December 24, 2009.

2. To date, Midland Funding, LLC has not filed an Answer or a Motion for Summary Judgment.

3. Plaintiff Judith Thomas hereby gives notice that she dismisses the above

Request GRANTED this 30th day of March 2010.

_____
Richard D. Bennett
United States District Judge

captioned matter with prejudice only with respect to Midland Funding, LLC.

Respectfully submitted,

Z LAW, LLC

Dated: March 30, 2010

/s/ 28191
Cory L. Zajdel, Esq. (Fed. Bar. No. 28191)
8830 Orchard Tree Lane, Ste. 117
Towson, MD 21286
T. (443) 632-3010
E. clz@zlawmaryland.com

Attorneys for Plaintiff