UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 FEB -7 A 11: 20

CLERK'S OFFICE
AT BALTIMORE

BY ___ DEPUTY

| | |
|---|---|
| JUDITH THOMAS <br><br> Plaintiff, <br><br> v. <br><br> MANN BRACKEN, LLP <br><br> Defendants. | Case No. 1:09-CV-03440-ELH |

## NOTICE OF DISMISSAL

Plaintiff Judith Thomas, by and through her attorney Cory L. Zajdel of Z LAW, LLC, hereby dismisses the above captioned matter without prejudice under FED. R. CIV. P. 41(a)(1) and for support alleges and states as follows:

1. Plaintiff Judith Thomas filed this action against Mann Bracken, LLP and Midland Funding, LLC on December 24, 2009. Docket #1.

2. On March 31, 2010, Plaintiff Thomas dismissed the action with prejudice as against Defendant Midland Funding, LLC. Docket #11.

3. The only remaining Defendant is Mann Bracken, LLP.

4. Defendant Mann Bracken, LLP entered its appearance through its Court appointed receiver on April 12, 2010. Docket #15.

5. It is Plaintiff Thomas' understanding that all assets of Mann Bracken, LLP will be distributed amongst its creditors through the receivership estate.

6. Plaintiff Thomas is satisfied that her claim and proof of claim filed in the receivership action pending in the Circuit Court of Maryland for Montgomery County establishes

Case 1:09-cv-03440-ELH Document 19 Filed 02/04/11 Page 2 of 2

her right to recover from Defendant Mann Bracken, LLP.

7. To date, Mann Bracken, LLP and/or the Court appointed receiver has not filed an Answer or a Motion for Summary Judgment.

8. Plaintiff Judith Thomas hereby gives notice that she dismisses the above captioned matter without prejudice.

                        Respectfully submitted,

                        Z LAW, LLC

Dated: February 4, 2011                /s/ 28191
                        Cory L. Zajdel, Esq. (Fed. Bar. No. 28191)
                        8830 Orchard Tree Lane, Ste. 117
                        Towson, MD 21286
                        T. (443) 632-3010
                        E. clz@zlawmaryland.com

*ELH*
*Approved*
*2/7/11*

                        Attorneys for Plaintiff